# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 6, 2003

LEONARD GREEN, Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Christopher Spierer, et ux.
v. Federated Departmental Stores, Inc., et al.
No. 03-506
(Your No. 01-4241)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 1, 2003 and placed on the docket October 6, 2003 as No. 03-506.

Sincerely,

William K. Suter, Clerk

by Sandy Spagnolo
Case Analyst