01-00444
Cincinnati

RECEIVED
Beckwith
DEC 11 2003

LEONARD GREEN, Clerk

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

cc

01-4241

William K. Suter
Clerk of the Court
(202) 479-3011

December 8, 2003

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

FILED
DEC 15 2003
LEONARD GREEN, Clerk

Re: Christopher Spierer, et ux.
v. Federated Departmental Stores, Inc., et al.
No. 03-506
(Your No. 01-4241)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk

04 JAN -5 PM 3: 44