# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 26, 2004

**FILED**

FEB - 2 2004

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re:  Christopher Spierer, et ux.
     v. Federated Department Stores, Inc., et al.
     No. 03-506
     (Your No. 01-4241)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for rehearing is denied.

Sincerely,

William K. Suter, Clerk